No. 313.  LEWIS *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.  *Otis Beall Kent* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Baldridge, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 318.  DI GIORGIO FRUIT CORP. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Marion B. Plant* for petitioners.  *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent.

No. 319.  LEJEUNE, TUTRIX, *v.* EXCESS INSURANCE Co.  C. A. 5th Cir.  Certiorari denied.  *John M. Wisdom* for petitioner.  *Moses C. Scharff* for respondent.

No. 322.  UTAH *v.* MONTGOMERY WARD & Co.  Supreme Court of Utah.  Certiorari denied.  *Clinton D. Vernon,* Attorney General of Utah, and *Quentin L. R. Alston,* Assistant Attorney General, for petitioner.  *John A. Barr* and *David L. Dickson* for respondent.

No. 324.  BAKER *v.* ANDERSON HOTELS OF OKLAHOMA, INC. ET AL.  C. A. 10th Cir.  Certiorari denied.  *Glenn O. Young* for petitioner.

No. 327.  UNITED STATES ET AL. *v.* ONAN ET AL.  C. A. 8th Cir.  Certiorari denied.  *Harold R. Love,* petitioner, *pro se.  Benedict Deinard* and *R. H. Fryberger* for respondents.